# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: 09-33131-lmw | ) | Chapter 7    Proceeding |
| | ) | |
| **Linda Cline** | ) | |
| Debtor | ) | |
| | ) | |
| **US Bank N.A.** | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Linda Cline** | ) | |
| **and Barbara H. Katz, Trustee** | ) | |
| Respondent | ) | December 29, 2009 |

## REQUEST FOR ENTRY OF PROPOSED ORDER

The undersigned (the "Movant") states:

(a)     that a copy of the contested matter, a copy of the proposed order, and NOTICE OF BAR DATE FOR OBJECTION TO ORDER were served on the parties entitled to such notice;

(b)     that the Bar Date stated in the NOTICE OF BAR DATE FOR OBJECTION was in accord with any order of this court and all applicable rules; and

(c)     that the Bar Date has passed without the filing of an objection.

Accordingly, the undersigned requests the entry of the proposed order.

US Bank N.A.

By */s/ Andrew S. Cannella*
Andrew S. Cannella
The Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
160 Farmington Avenue
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 677-4549
Email: BKECF@bmpc-law.com